UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **Sherry Sims** | § | |
| v. | § | Case No. 3:20-cv-3536 |
| **Wilmington Savings Fund Society, FSB, et al.** | § | |

## DEFENDANTS WILMINGTON AND SHELLPOINT'S CORPORATE DISCLOSURE AND CERTIFICATE OF INTERESTED PERSONS

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for Deephaven Residential Mortgage Trust 2019-2 and NewRez LLC fka New Penn Financial LLC dba Shellpoint Mortgage Servicing provide the following corporate disclosure statement and certificate of interested persons pursuant to Federal Rule of Civil Procedure 7.1 and Local Rules 81.1:

| PARTIES | AFFILIATION | ADDITIONAL FINANCIALLY INTERESTED ENTITIES AND/OR INDIVIDUALS |
|---|---|---|
| Sherry Sims | plaintiff | none known |
| NewRez LLC fka New Penn Financial LLC dba Shellpoint Mortgage Servicing | defendant | NewRez LLC fka New Penn Financial LLC dba Shellpoint Mortgage Servicing is a wholly-owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability company. Shellpoint Partners LLC is wholly-owned by NRM Acquisition LLC and NRM Acquisition II LLC, both of which are Delaware limited liability companies. Both NRM Acquisition entities are wholly-owned by New Residential Mortgage LLC, a Delaware limited liability company. New Residential Mortgage LLC is wholly-owned by New Residential Investment Corp., a Delaware corporation. New Residential Investment Corp. is publicly traded on the New York Stock Exchange under the ticker symbol NRZ. |

| PARTIES | AFFILIATION | ADDITIONAL FINANCIALLY INTERESTED ENTITIES AND/OR INDIVIDUALS |
|---|---|---|
| Wilmington Savings Fund Society, FSB, as trustee | defendant | none known |

Date: December 2, 2020

Respectfully submitted,

 *s/ Walter McInnis*
C. Charles Townsend, SBN: 24028053
charles.townsend@akerman.com
Walter McInnis, SBN: 24046394
  --*Attorney in Charge*
walter.mcinnis@akerman.com
Taylor Perona, SBN: 24118495
taylor.perona@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339

**ATTORNEYS FOR WILMINGTON AND SHELLPOINT**

## CERTIFICATE OF SERVICE

I certify I served this document on December 2, 2020 as follows:

**VIA CM/ECF**
**AND CERTIFIED MAIL / RRR**
**NO. 9414 7266 9904 2166 2162 38**
Robert C. Newark, III
1341 W. Mockingbird Lane, Ste. 600W
Dallas, Texas 75247
Telephone: 866.230.7236, Facsimile: 888.316.3398
*Plaintiff's Counsel*

 *s/ Walter McInnis*
Walter McInnis

**DEFENDANTS WILMINGTON AND SHELLPOINT'S CORPORATE DISCLOSURE AND CERTIFICATE OF INTERESTED PERSONS**
3:20-cv-3536; *Sims v. Wilmington Savings Fund Society, FSB*

Page 2 of 2